# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 25, 2019

Mr. Daniel Vondra
VONDRA & MALOTT
1934 Boyrum Street
Iowa City, IA  52240

RE:  19-1693  United States v. Ricardo Saucedo

Dear Counsel:

Enclosed is an order directing your appointment under the provisions of the Criminal Justice Act. You will receive a CJA appointment through the eVoucher electronic system with a login and password. Your duties as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Instructions for preparing vouchers for payment may be found on the court's website at www.ca8.uscourts.gov/cja-information and from links in the eVoucher program. Submission of paper vouchers is not allowed. Vouchers should be submitted after the court issues its mandate at the close of the case.

Appointments are personal and cannot be delegated without the court's approval. If you have any questions about your appointment or the CJA voucher process, please contact this office.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

> media.ca8.uscourts.gov/newcoa/notes/redactcr-egov.pdf
> media.ca8.uscourts.gov/newcoa/forms/crbrchk.pdf
> media.ca8.uscourts.gov/newcoa/forms/crrecord.pdf

If a transcript will be required for the appeal, you should immediately contact the official court reporter and take steps to order the transcripts and arrange for payment for their production.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc:  Mr. John S. Courter
     Ms. Linda Lou Egbers
     Mr. Ricardo Macias Saucedo
     Mr. Richard D. Westphal

District Court/Agency Case Number(s):   3:18-cr-00063-JAJ-1

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1693

United States of America

Appellee

v.

Ricardo Macias Saucedo, also known as Ricardo Macias Saseo, also known as Rodolpho Elizaondo, Jr.

Appellant

___

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:18-cr-00063-JAJ-1)

___

**ORDER**

Attorney, Daniel Vondra is hereby appointed to represent appellant in this appeal under the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly.

April 25, 2019

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
   /s/ Michael E. Gans